B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Delaware

In re  **Red Disposal, LLC**
Debtor(s)

Case No. **10-11281**
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **BB&T Equipment Finance**<br>**5130 Parkway Plaza Blvd.**<br>**Charlotte, NC 28217-1964** | **BB&T Equipment Finance**<br>**5130 Parkway Plaza Blvd.**<br>**Charlotte, NC 28217-1964** | | | **126,000.00** |
| **Cecil County Treasurer's**<br>**129 E. Main Street**<br>**Room 117**<br>**Elkton, MD 21921** | **Cecil County Treasurer's**<br>**129 E. Main Street**<br>**Room 117**<br>**Elkton, MD 21921** | | | **33,258.00** |
| **Chesapeake Industrial Leasing #68**<br>**PO Box 28365**<br>**Baltimore, MD 21234** | **Chesapeake Industrial Leasing #68**<br>**PO Box 28365**<br>**Baltimore, MD 21234** | | | **90,000.00** |
| **Chesapeake Industrial Leasing #86**<br>**PO Box 28365**<br>**Baltimore, MD 21234** | **Chesapeake Industrial Leasing #86**<br>**PO Box 28365**<br>**Baltimore, MD 21234** | | | **64,000.00** |
| **Ciconte, Wasserman & Scerba**<br>**1300 King Street**<br>**Box 1126**<br>**Wilmington, DE 19899** | **Ciconte, Wasserman & Scerba**<br>**1300 King Street**<br>**Box 1126**<br>**Wilmington, DE 19899** | | | **10,000.00** |
| **DSWA-2**<br>**Attn: John L. Lechner**<br>**1128 S. Bradford Street**<br>**PO Box 455**<br>**Dover, DE 19903-0455** | **DSWA-2**<br>**Attn: John L. Lechner**<br>**1128 S. Bradford Street**<br>**Dover, DE 19903-0455** | | | **375,131.00** |
| **Eldredge Containers**<br>**PO Box 272**<br>**Downingtown, PA 19335** | **Eldredge Containers**<br>**PO Box 272**<br>**Downingtown, PA 19335** | | | **7,668.86** |
| **Financial Federal Credit Inc**<br>**PO Box 200623**<br>**Houston, TX 77216-0623** | **Financial Federal Credit Inc**<br>**PO Box 200623**<br>**Houston, TX 77216-0623** | | | **480,000.00** |
| **Financial Federal Credit Inc 2**<br>**PO Box 200623**<br>**Houston, TX 77216-0623** | **Financial Federal Credit Inc 2**<br>**PO Box 200623**<br>**Houston, TX 77216-0623** | | | **74,000.00** |
| **First State Green Recycling**<br>**529 Terminal Avenue**<br>**New Castle, DE 19720** | **First State Green Recycling**<br>**529 Terminal Avenue**<br>**New Castle, DE 19720** | | | **6,425.00** |

B4 (Official Form 4) (12/07) - Cont.

In re **Red Disposal, LLC**          Case No. **10-11281**

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Four States Truck Services<br>520 Terminal Avenue<br>New Castle, DE 19720 | Four States Truck Services<br>520 Terminal Avenue<br>New Castle, DE 19720 | | | 5,206.15 |
| Harvey Mack<br>29 East Commons Blvd., Suite 300<br>Corporate Commons East<br>New Castle, DE 19720 | Harvey Mack<br>29 East Commons Blvd., Suite 300<br>Corporate Commons East<br>New Castle, DE 19720 | | | 8,165.00 |
| Keith Wortham<br>53 Foxtail Court<br>Newark, DE 19711 | Keith Wortham<br>53 Foxtail Court<br>Newark, DE 19711 | | | 75,000.00 |
| M&T Credit Services<br>PO Box 62085<br>Baltimore, MD 21264 | M&T Credit Services<br>PO Box 62085<br>Baltimore, MD 21264 | | | 25,000.00 |
| Pentech Financial<br>PO Box 790247<br>Saint Louis, MO 63179-0247 | Pentech Financial<br>PO Box 790247<br>Saint Louis, MO 63179-0247 | | | 20,000.00 |
| Puget Sound Leasing Co., Inc<br>PO Box 1295<br>Issaquah, WA 98027 | Puget Sound Leasing Co., Inc<br>PO Box 1295<br>Issaquah, WA 98027 | | | 36,000.00 |
| Quarles Fuel Network<br>PO Box 7327<br>Fredericksburg, VA 22404-7327 | Quarles Fuel Network<br>PO Box 7327<br>Fredericksburg, VA 22404-7327 | | | 7,715.71 |
| RKA Associates, L.L.C.<br>19 Elliot Ave<br>Bryn Mawr, PA 19010 | RKA Associates, L.L.C.<br>19 Elliot Ave<br>Bryn Mawr, PA 19010 | | | 75,000.00 |
| Seccra<br>219 Street Road<br>West Grove, PA 19390 | Seccra<br>219 Street Road<br>West Grove, PA 19390 | | | 42,378.43 |
| Waste Management of Delaware, Inc.<br>PO Box 13648<br>Philadelphia, PA 19101-3648 | Waste Management of Delaware, Inc.<br>PO Box 13648<br>Philadelphia, PA 19101-3648 | | | 126,000.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Co-Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **April 28, 2010**        Signature **/s/ Richard T. Trautman**
**Richard T. Trautman**
**Co-Managing Member**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.