IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : Case No. 10-11281 (CSS) |
| Red Disposal, LLC, | : |
| Debtor. | : |

## NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON MAY 14, 2010 AT 11:30 A.M.

### RESOLVED MATTERS

1. Application of Debtors Pursuant to 11 U.S.C. § 327(a) for Authority to Employ and Retain Ciardi Ciardi & Astin as Counsel for the Debtor *Nunc Pro Tunc* to the Petition Date; filed April 23, 2010 [Docket No. 5].

    Response Deadline: May 5, 2010 at 4:00 p.m.

    Responses Received: None.

    Related Documents:

    A. Certificate of No Objection; filed May 7, 2010 [Docket No. 32].

    B. Order Pursuant to 11 U.S.C. § 327(a) for Authority to Employ and Retain Ciardi Ciardi & Astin as Counsel for the Debtor *Nunc Pro Tunc* to the Petition Date; entered May 10, 2010 [Docket No. 34].

    Status: The Order has been entered. This matter will not go forward.

2. Debtor's Motion for an Extension of Time to File Schedules and Statements of Financial Affairs; filed April 23, 2010 [Docket No. 6].

    Response Deadline: May 5, 2010 at 4:00 p.m.

    Responses Received: None.

    Related Documents:

    A. Certificate of No Objection; filed May 7, 2010 [Docket No. 33].

    B. Order Granting Debtor an Extension of Time to File its Schedules and Statements of Financial Affairs; entered May 10, 2010 [Docket No. 35].

Status: The Order has been entered. This matter will not go forward.

**CONTESTED MATTER GOING FORWARD**

3. Debtor's Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, and 363 and Federal Rules of Bankruptcy Procedure 4001 and 6004 (I) Authorizing the Debtor to Use Cash Collateral, (II) Granting Adequate Protection, and (III) Scheduling a Final Hearing; filed April 28, 2010 [Docket No. 9].

   Response Deadline: May 11, 2010 at 4:00 p.m.

   Responses Received:

   A. Limited Objection of BB&T Equipment Finance Corp. to Continued Use of Cash Collateral; filed May 7, 2010 [Docket No. 31].

   B. Limited Objection of Financial Federal Credit Inc. to Debtor's Motion for Entry of Final Order Pursuant to 11 U.S.C. §§ 105, 361, 362, and 363 and Federal Rules of Bankruptcy Procedure 4001 and 6004 (I) Authorizing the Debtor to Use Cash Collateral, (II) Granting Adequate Protection, and (III) Scheduling a Final Hearing; filed May 11, 2010 [Docket No. 36].

   Related Documents:

   C. Interim Order Pursuant to 11 U.S.C. §§ 105, 361,362, and 363 and Federal Rule of Bankruptcy Procedure 4001 (I) Authorizing the Debtor to Use Cash Collateral, (II) Granting Adequate Protection, and (III) Scheduling a Final Hearing; entered April 30, 2010 [Docket No. 21].

   D. Notice of Entry of Interim Order Pursuant to 11 U.S.C. §§ 105, 361,362, and 363 and Federal Rule of Bankruptcy Procedure 4001 (I) Authorizing the Debtor to Use Cash Collateral, (II) Granting Adequate Protection, and (III) Scheduling a Final Hearing; filed May 4, 2010 [Docket No. 23].

Status: This matter will go forward.

Dated: May 12, 2010
Wilmington, Delaware

CIARDI CIARDI & ASTIN

/s/ C.D. Neff
John D. McLaughlin, Jr. (No. 4123)
Shannon D. Leight (No. 4115)
Carl D. Neff (No. 4895)
919 N. Market Street, Suite 700
Wilmington, Delaware 19801
(302) 658-1100 telephone
(302) 658-1300 facsimile
jmclaughlin@ciardilaw.com
sleight@ciardilaw.com
cneff@ciardilaw.com

-and-

Albert A. Ciardi, III
Thomas D. Bielli
One Commerce Square, Suite 1930
2005 Market Street
Philadelphia, PA 19103
(215) 557-3550 telephone
(215) 557-3551 facsimile

*Counsel to the Debtor*