# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | Red Disposal, LLC |
| **Case Number:** | 10-11281-CSS    **Chapter:** 11 |
| **Date / Time / Room:** | FRIDAY, MAY 14, 2010 11:30 AM   CRT#6, 5TH FL. |
| **Bankruptcy Judge:** | CHRISTOPHER S. SONTCHI |
| **Courtroom Clerk:** | ANISSA COTHRAN |
| **Reporter / ECR:** | LESLIE MURIN |

## *Matters:*

1) Omnibus
   **R / M #:**   0 / 0

2) Cash Collateral
   **R / M #:**   0 / 0

## *Appearances:*

See attached sign-in sheet

## *Proceedings:*

Hearing Matters

Agenda Items:
1. Order due under Certification of Counsel
2. Omnibus Date Set for 7/1 @ 1PM